**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAULO CESAR ALVARADO AMAYA, ) | NO. CV 16-126-R(E) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| JIM McCONNELL, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: February 17, 2016.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE